# Nellie Cash, Appellee, v. Arthur W. Cash, Appellant.

## (Not to be reported in full.)

Appeal from the Circuit Court of Macon county; the Hon. WILL-IAM K. WHITFIELD, Judge, presiding. Heard in this court at the October term, 1915. Affirmed in part, reversed in part and remanded with directions. Opinion filed April 21, 1916.

## Statement of the Case.

Bill for separate maintenance by Nellie Cash, complainant, against Arthur W. Cash, defendant. From a decree for complainant, defendant appeals.

BALDWIN & CAREY, for appellant.

BUCKINGHAM, McDAVID & MONROE, for appellee.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

1. HUSBAND AND WIFE, § 228*—*when offer to take wife back ineffectual.* In separate maintenance proceedings, the defendant's offer to receive the complainant back as his wife was *held* coupled with so many conditions and limitations that no self-respecting woman could comply therewith and that she was not compelled to accept it.

2. HUSBAND AND WIFE, § 249*—*when allowance for solicitors' fees not excessive.* Allowance of one hundred dollars as solicitors' fees in a separate maintenance proceeding, *held* not excessive.

3. HUSBAND AND WIFE, § 265*—*when decree for lien on real estate in separate maintenance proceedings proper.* A decree in separate maintenance proceedings *held* proper in making allowances of alimony and solicitors' fees a lien on defendant's real estate and household furniture.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

City of Lincoln v. St. L., S. & P. Ry. Co., 201 Ill. App. 152.

4. HUSBAND AND WIFE, § 265*—*when decree for payment of solic-itors' fees in separate maintenance proceedings erroneous.* A decree in separate maintenance proceedings *held* erroneous in mak-ing solicitors' fees payable to the clerk of the court for the use of the complainant's solicitors, as it should have required the money to be paid to complainant or to the clerk for her use.